# Exhibit 1

| | SME Artist | SME Track | URL |
|---|---|---|---|
| 1 | Alina Baraz | Fantasy (Vices Remix) | https://www.tiktok.com/@forevermaggss/video/6966279791045627142?q=ofra%20and%20sponsored&t=1690306327709 |
| 2 | Alina Baraz & Galimatias | Fantasy | https://www.tiktok.com/@ofracosmetics/video/6928098729799060741 |
| 3 | Alina Baraz & Galimatias | Make You Feel (Kerala Remix) | https://www.instagram.com/p/CDjcJgejaix/ |
| 4 | ALTEGO | Toxic Pony | https://www.tiktok.com/@ofracosmetics/video/7047231937659882758 |
| 5 | ALTEGO x Britney Spears x Ginuwine | Toxic Pony | https://www.tiktok.com/@glowupwithrosy/video/7072461381420764462?q=ofra%20and%20sponsored&t=1690306327709 |
| 6 | Azul Azul | La Bomba | https://www.tiktok.com/@ofracosmetics/video/6911724029774712069 |
| 7 | Baby Keem (with Brent Faiyaz) | Lost Souls | https://www.tiktok.com/@ofracosmetics/video/7057591203776204079 |
| 8 | Becky G | BORRACHA | https://www.instagram.com/p/CfZSMO0FcLM/ |
| 9 | Beyonce | ALIEN SUPERSTAR | https://www.tiktok.com/@ofracosmetics/video/7136190006900755758 |
| 10 | Beyonce | ALIEN SUPERSTAR | https://www.tiktok.com/@ofracosmetics/video/7136682142083550510 |
| 11 | Beyonce | ALIEN SUPERSTAR | https://twitter.com/OFRACosmetics/status/1563165128970776579 |
| 12 | Beyonce | BREAK MY SOUL | https://twitter.com/OFRACosmetics/status/1565429666231582728 |
| 13 | Beyonce | Drunk In Love | https://www.tiktok.com/@ofracosmetics/video/7112833855366810926 |
| 14 | Beyonce | Naughty Girl | https://www.tiktok.com/@ofracosmetics/video/7095431515684801838 |
| 15 | Beyonce | Naughty Girl | https://www.tiktok.com/@ofracosmetics/video/7102508656796699950 |
| 16 | Beyonce | Partition | https://www.instagram.com/p/BCsRmEKDsgw/ |
| 17 | Beyonce | Partition | https://www.instagram.com/p/CAn9BSJFBUm/ |
| 18 | Beyonce | Partition | https://www.instagram.com/p/B8j4zz2lfi3/ |
| 19 | Beyonce | Partition | https://www.tiktok.com/@ofracosmetics/video/6822726881016696069 |
| 20 | Beyonce | Partition | https://www.tiktok.com/@ofracosmetics/video/6970027262691380485 |
| 21 | Beyonce | Sorry | https://www.facebook.com/ofracosmetics/videos/10154241801674772/ |
| 22 | Beyonce | ALIEN SUPERSTAR | https://www.tiktok.com/@smithadepak/video/7144343923467488558 |
| 23 | Beyonce | BREAK MY SOUL | https://www.tiktok.com/@itscourtneyhamilton/video/7117769640255835434 |
| 24 | Beyonce | Heated | https://www.instagram.com/reel/CiIA93PJGwL/ |
| 25 | Beyonce | PURE/HONEY | https://www.tiktok.com/@smithadepak/video/7151013799942753579 |
| 26 | Beyonce | SUMMER RENAISSANCE | https://www.instagram.com/reel/CgvPL72ATEK/ |
| 27 | Beyonce | ALIEN SUPERSTAR | https://www.instagram.com/reel/Cgsps-Ng9_F/ |
| 28 | Beyonce feat. Jay-Z | Crazy In Love | https://www.tiktok.com/@ofracosmetics/video/7073853299069308203 |
| 29 | Beyonce feat. Jay-Z | Upgrade U | https://www.tiktok.com/@ofracosmetics/video/7080251551826054443 |
| 30 | Beyonce feat. Jay-Z | Upgrade U | https://www.pinterest.com/pin/573083121345313714/ |
| 31 | Beyonce feat. The Weeknd | 6 Inch | http://www.facebook.com/ofracosmetics/videos/10154248952134772/ |
| 32 | BIA | WHOLE LOTTA MONEY | https://www.tiktok.com/@maryandpalettes/video/6959810270365486342 |
| 33 | BIA feat. Nicki Minaj | WHOLE LOTTA MONEY | https://www.instagram.com/p/CUaVLQsFqrF/ |
| 34 | Britney Spears | …Baby One More Time | https://www.tiktok.com/@ofracosmetics/video/6947397189928897797 |
| 35 | Britney Spears | Gimme More (Main Version - Clean) | https://www.tiktok.com/@ofracosmetics/video/6986327148780981509 |
| 36 | Britney Spears | Stronger (MacQuayle Mix Show Edit) | http://www.instagram.com/p/CROKg5NpJxo |
| 37 | Britney Spears | Stronger (MacQuayle Mix Show Edit) | http://www.facebook.com/ofracosmetics/videos/2535526369992280/ |
| 38 | Britney Spears | Womanizer | https://www.tiktok.com/@ofracosmetics/video/7004919624638663941 |
| 39 | Britney Spears | Oops!…I Did It Again | https://www.tiktok.com/@glambyangels/video/6969409620213337350?q=ofra%20and%20sponsored&t=1690306327709 |
| 40 | Britney Spears | Gimme More | https://www.instagram.com/reel/CucbBHxg1dJ/?hl=en |
| 41 | Britney Spears feat. G-Eazy | Make Me… | https://www.instagram.com/p/BJtNf8kAgTv/ |
| 42 | C & C Music Factory | Gonna Make You Sweat | https://www.tiktok.com/@ofracosmetics/video/6875766329605950726 |
| 43 | C & C Music Factory | Gonna Make You Sweat | https://www.tiktok.com/@ofracosmetics/video/7086901030205639979 |
| 44 | Calvin Harris | Summer | https://www.tiktok.com/@ofracosmetics/video/7066130030317014318 |
| 45 | Calvin Harris | Summer | https://www.tiktok.com/@ofracosmetics/video/7076904970708208938 |
| 46 | Calvin Harris | Summer | https://www.tiktok.com/@ofracosmetics/video/7085415785014906155 |
| 47 | Calvin Harris & Disciples | How Deep Is Your Love | http://www.facebook.com/ofracosmetics/videos/10154530562414772/ |
| 48 | Calvin Harris & Disciples | How Deep Is Your Love (Extended Mix) | https://www.tiktok.com/@ofracosmetics/video/6966327329517882629 |
| 49 | Calvin Harris (with Dua Lipa) | One Kiss | https://www.instagram.com/p/BozcCQaBcor/ |
| 50 | Calvin Harris feat. Ellie Goulding | Outside | https://www.tiktok.com/@ofracosmetics/video/7001659477770456325 |
| 51 | Calvin Harris feat. Rihanna | This Is What You Came For | https://www.tiktok.com/@ofracosmetics/video/7081719941719805227 |
| 52 | Camila Cabello | Real Friends | http://www.facebook.com/ofracosmetics/videos/10156497831029772/ |
| 53 | Camila Cabello feat. DaBaby | My Oh My | https://www.tiktok.com/@ofracosmetics/video/7077616007870680363 |

*Uses highlighted in yellow were posted by OFRA influencers or employees to their own pages.

| | SME Artist | SME Track | URL |
|---|---|---|---|
| 54 | Cannons | Fire For You | https://www.tiktok.com/@kyangger/video/7040976153619877125?q=ofra%20and%20sponsored&t=1690306327709 |
| 55 | Céline Dion | It's All Coming Back to Me Now | https://www.tiktok.com/@ofracosmetics/video/7048346358914469167 |
| 56 | Chainsmokers feat. Emily Warren | Side Effects | http://www.facebook.com/ofracosmetics/videos/2198017080486703/ |
| 57 | Cher Lloyd | With Ur Love | http://www.facebook.com/ofracosmetics/videos/10154325677969772/ |
| 58 | Cher Lloyd | Want U Back | https://www.instagram.com/reel/CovNm4LDoFo/ |
| 59 | Chris Brown | Under The Influence | https://www.tiktok.com/@ofracosmetics/video/7056878614075378991 |
| 60 | Chris Brown | Under the Influence | https://www.tiktok.com/@smithadepak/video/7143593863314263342?q=smithadepak%20ofra&t=1690305267513 |
| 61 | Chris Brown & Young Thug | Go Crazy | https://www.tiktok.com/@ofracosmetics/video/6838271761885465862 |
| 62 | Chris Brown (feat. Wizkid) | Call Me Every Day | https://www.tiktok.com/@ofracosmetics/video/7129938770132110638 |
| 63 | Chris Brown ft. WizKid | Call Me Every Day | https://twitter.com/OFRACosmetics/status/1557064685756846082 |
| 64 | Christina Aguilera | Fighter | https://www.tiktok.com/@ofracosmetics/video/6941885934023609605 |
| 65 | Christina Aguilera | Genie In a Bottle | https://www.tiktok.com/@ofracosmetics/video/6773733209575574789 |
| 66 | Ciara feat. Chamillionaire | Get Up (Main Version) | https://www.tiktok.com/@ofracosmetics/video/6997499405448350981 |
| 67 | Ciara feat. Missy Elliott | One, Two Step | https://www.tiktok.com/@ofracosmetics/video/7108826902395211054 |
| 68 | Ciara feat. Petey Pablo | Goodies | https://www.tiktok.com/@ofracosmetics/video/7063131087563803951 |
| 69 | Ciara feat. Petey Pablo | Goodies | https://www.tiktok.com/@ofracosmetics/video/6977467141494803718 |
| 70 | Cochise & $NOT | Tell Em | https://www.tiktok.com/@ofracosmetics/video/6988222315649600773 |
| 71 | Destiny's Child | Independent Woman, Pt. 1 | https://www.tiktok.com/@ofracosmetics/video/7005672314704645381 |
| 72 | Doja Cat | Boss Bitch | https://www.tiktok.com/@ofracosmetics/video/6920328893048114437 |
| 73 | Doja Cat | Candy | https://www.instagram.com/p/CDue1z6jp-H/ |
| 74 | Doja Cat | Get Into It (Yuh) | https://www.instagram.com/p/CVA9eW7lc-e/ |
| 75 | Doja Cat | Get Into It (Yuh) | https://www.tiktok.com/@ofracosmetics/video/7006786319145848069 |
| 76 | Doja Cat | Get Into It (Yuh) | https://www.tiktok.com/@ofracosmetics/video/7010864494121471238 |
| 77 | Doja Cat | Get Into It (Yuh) | https://www.tiktok.com/@ofracosmetics/video/7011227933662629125 |
| 78 | Doja Cat | Get Into It (Yuh) | https://www.tiktok.com/@ofracosmetics/video/7019802784253971718 |
| 79 | Doja Cat | Get Into It (Yuh) | https://www.pinterest.com/pin/573083121343601858/ |
| 80 | Doja Cat | Need to Know | https://www.tiktok.com/@ofracosmetics/video/6999003735263333638 |
| 81 | Doja Cat | Need to Know | https://www.tiktok.com/@ofracosmetics/video/7009399284760169734 |
| 82 | Doja Cat | Need to Know | https://www.tiktok.com/@ofracosmetics/video/7004919624638663941 |
| 83 | Doja Cat | Say So | https://www.instagram.com/p/B9uuGChFV-e/ |
| 84 | Doja Cat | Say So | https://www.instagram.com/p/CA3j_YoD4El/ |
| 85 | Doja Cat | Say So | https://www.tiktok.com/@ofracosmetics/video/6798499522499579141 |
| 86 | Doja Cat | Streets | https://www.tiktok.com/@ofracosmetics/video/6921074349831179526 |
| 87 | Doja Cat | Streets | https://www.tiktok.com/@ofracosmetics/video/7021618327592144134 |
| 88 | Doja Cat | Vegas | https://www.tiktok.com/@ofracosmetics/video/7120293037825215786 |
| 89 | Doja Cat | Woman | https://www.instagram.com/p/Cb71_VyFphw/ |
| 90 | Doja Cat | Woman | https://www.instagram.com/p/CUVtNy5FhcF/ |
| 91 | Doja Cat | Woman | https://www.tiktok.com/@ofracosmetics/video/7000096578241367302 |
| 92 | Doja Cat | Woman | https://www.tiktok.com/@ofracosmetics/video/7062818320797420846 |
| 93 | Doja Cat | Woman | https://www.tiktok.com/@ofracosmetics/video/7071337949991898410 |
| 94 | Doja Cat | Woman | https://www.tiktok.com/@ofracosmetics/video/7095431515684801838 |
| 95 | Doja Cat | Woman | https://www.tiktok.com/@ofracosmetics/video/7102508656796699950 |
| 96 | Doja Cat | Woman | https://www.tiktok.com/@ofracosmetics/video/7107267622584110382 |
| 97 | Doja Cat | Woman | https://www.pinterest.com/pin/573083121343869761/ |
| 98 | Doja Cat | You Right | https://www.tiktok.com/@ofracosmetics/video/7081351010505215278 |
| 99 | Doja Cat | You Right | https://www.pinterest.com/pin/573083121344345161/ |
| 100 | Doja Cat | Attention | https://www.instagram.com/reel/Cu7x_KPN5Q0/ |
| 101 | Doja Cat | Vegas | https://www.instagram.com/p/CehG_20pTOA/ |
| 102 | Doja Cat | Vegas | https://www.instagram.com/p/CewZYgXJ0vQ/ |
| 103 | Doja Cat | Vegas | https://www.instagram.com/p/CfXE6hHJxYL/ |
| 104 | Doja Cat | Woman | https://www.instagram.com/p/CaF55nrFdGl/ |
| 105 | Doja Cat | Vegas (From the Original Motion Picture Soundtrack ELVIS) | https://www.tiktok.com/@jessicadadlani/video/7119308094236036395 |
| 106 | Doja Cat | Say So | https://www.tiktok.com/@jessicadadlani/video/7121488365966576942 |
| 107 | Doja Cat | Say So | https://www.tiktok.com/@jessicadadlani/video/7126185520358542634 |
| 108 | Doja Cat | Say So | https://www.tiktok.com/@jessicadadlani/video/7117716470305426731 |
| 109 | Doja Cat | Say So | https://www.tiktok.com/@alliedawson89/video/7090654984953646382 |
| 110 | Doja Cat | MOOO! | https://www.instagram.com/reel/CjN5IlnAs0Q/?hl=en |
| 111 | Doja Cat | Vegas | https://www.tiktok.com/@jessicadadlani/video/7116312568083270955?lang=en |
| 112 | Doja Cat (feat. Rico Nasty) | Tia Tamera | https://www.tiktok.com/@alexa.dodd/video/6998619276936613125?q=ofracosmeticsgiftedme&t=1690307193048 |

| # | SME Artist | SME Track | URL |
|---|---|---|---|
| 113 | Doja Cat feat. Smino | Won't Bite | http://www.instagram.com/p/CVnax9jKgRb |
| 114 | Doja Cat feat. Smino | Won't Bite | https://www.instagram.com/p/Cs9n0lLsK8a/ |
| 115 | Doja Cat feat. SZA | Kiss Me More | https://www.tiktok.com/@ofracosmetics/video/6969667173325229318 |
| 116 | Doja Cat feat. SZA | Kiss Me More | https://www.tiktok.com/@ofracosmetics/video/6974862971688226053 |
| 117 | Doja Cat feat. SZA | Kiss Me More | https://www.tiktok.com/@ofracosmetics/video/7073479660662787374 |
| 118 | Doja Cat feat. SZA | Kiss Me More | https://www.tiktok.com/@ofracosmetics/video/7109463056605973806 |
| 119 | Doja Cat feat. SZA | Kiss Me More | https://www.tiktok.com/@ofracosmetics/video/6990359196260715782 |
| 120 | Doja Cat feat. The Weeknd | You Right | https://www.tiktok.com/@ofracosmetics/video/7029069584858696966 |
| 121 | Doja Cat feat. The Weeknd | You Right | https://www.tiktok.com/@ofracosmetics/video/7041305469549563183 |
| 122 | Doja Cat ft. Gucci Mane | Like That | https://www.tiktok.com/@bysamanthamarch/video/6806359413360692485 |
| 123 | Doja Cat, SZA | Kiss Me More | https://www.instagram.com/reel/CZavC-ZhUEj/?hl=en |
| 124 | Dove Cameron | Boyfriend | https://www.tiktok.com/@ofracosmetics/video/7094354409789852971 |
| 125 | Dove Cameron | Boyfriend | https://www.instagram.com/p/CZ4SN-GD5Kw/ |
| 126 | Dove Cameron | Breakfast | https://www.instagram.com/p/CejizafJpgS/ |
| 127 | Dove Cameron | Breakfast | https://www.instagram.com/reel/Cj1f_mZgyIa/?hl=en |
| 128 | DVBBS feat. BRIDGE | GOMF | https://www.tiktok.com/@ofracosmetics/video/6818625021435530501 |
| 129 | DVBBS feat. BRIDGE | GOMF | http://www.facebook.com/ofracosmetics/videos/2137901836501030/ |
| 130 | Earth, Wind & Fire | September | https://www.tiktok.com/@ofracosmetics/video/7006350489516248326 |
| 131 | Electric Light Orchestra | Mr. Blue Sky | https://www.tiktok.com/@ofracosmetics/video/6843486453830323462 |
| 132 | Eric Prydz | Call On Me (Remixes) | https://www.instagram.com/reel/CIEW6KCJc2u/?hl=en |
| 133 | Farruko | Pepas (Radio Edit) | https://www.tiktok.com/@ofracosmetics/video/7002323264475352325 |
| 134 | Fifth Harmony | Sledgehammer | https://www.tiktok.com/@ofracosmetics/video/7035363550994418950 |
| 135 | Fifth Harmony | Sledgehammer | https://www.tiktok.com/@ofracosmetics/video/7039815178401320239 |
| 136 | Fivio Foreign & The Kid LAROI | Paris to Tokyo | https://www.tiktok.com/@maryandpalettes/video/7116601422464060718 |
| 137 | Gaullin | Moonlight | https://www.instagram.com/p/B3k3ZbhlHcp/ |
| 138 | George Michael | Careless Whisper | https://www.tiktok.com/@ofracosmetics/video/6904728377823857926 |
| 139 | George Michael | Careless Whisper | https://www.tiktok.com/@ofracosmetics/video/6917362928131820805 |
| 140 | George Michael | Careless Whisper | https://www.tiktok.com/@ofracosmetics/video/7070603839774231850 |
| 141 | Gesaffelstein & The Weeknd | Lost in the Fire | https://www.tiktok.com/@ofracosmetics/video/7107317824158305578 |
| 142 | Ginuwine | Pony | https://www.tiktok.com/@ofracosmetics/video/7061705776045378863 |
| 143 | Ginuwine | Pony | https://www.tiktok.com/@ofracosmetics/video/7078000917404159278 |
| 144 | Ginuwine | Pony | https://www.tiktok.com/@ofracosmetics/video/7109172055651814702 |
| 145 | Giveon | Heartbreak Anniversary | https://www.tiktok.com/@ofracosmetics/video/6982655217301048582 |
| 146 | GoldLink feat. Brent Faiyaz & Shy Glizzy | Crew | https://www.tiktok.com/@ofracosmetics/video/7083963455425908014 |
| 147 | H.E.R. | Focus | http://www.facebook.com/ofracosmetics/videos/723705865116001/ |
| 148 | H.E.R. feat. Bryson Tiller | Could've Been | https://www.tiktok.com/@ofracosmetics/video/7042030915073101103 |
| 149 | Harry Styles | As It Was | https://www.tiktok.com/@ofracosmetics/video/7097313482827140398 |
| 150 | Harry Styles | As It Was | https://www.tiktok.com/@ofracosmetics/video/7099525242455985450 |
| 151 | Harry Styles | As It Was | https://www.tiktok.com/@ofracosmetics/video/7110242376584809774 |
| 152 | Harry Styles | As It Was | https://www.tiktok.com/@ofracosmetics/video/7124698327664577838 |
| 153 | Harry Styles | As It Was | https://www.tiktok.com/@ofracosmetics/video/7134392990671441195 |
| 154 | Harry Styles | As It Was | https://www.instagram.com/p/Cges5OPFh-o/ |
| 155 | Harry Styles | As It Was | https://www.facebook.com/watch/?v=1786985444997722 |
| 156 | Harry Styles | As It Was | https://twitter.com/i/status/1551930947766976514 |
| 157 | Harry Styles | As It Was | https://twitter.com/i/status/1561420633388584963 |
| 158 | Harry Styles | Daylight | https://www.instagram.com/p/Ceefb42FEzt/ |
| 159 | Harry Styles | Golden | https://www.instagram.com/p/CNSrSl1DJYT/ |
| 160 | Harry Styles | Golden | https://www.instagram.com/p/CI8la6tlBpm/ |
| 161 | Harry Styles | Golden | https://www.tiktok.com/@ofracosmetics/video/7037226025583054127 |
| 162 | Harry Styles | Sunflower, Vol. 6 | https://www.instagram.com/p/B_S7R-EjTxF/ |
| 163 | Harry Styles | Watermelon Sugar | https://www.instagram.com/p/CI6BGIuF9X7/ |
| 164 | Harry Styles | As It Was | https://www.instagram.com/p/CeWqiJNJGtz/ |
| 165 | Harry Styles | She | https://www.instagram.com/p/CE2JMDeHcua/ |
| 166 | Harry Styles | Watermelon Sugar | https://www.tiktok.com/@justamodernbeauty/video/6862129876078480646 |
| 167 | Harry Styles | As It Was | https://www.tiktok.com/@h8myfacelovemyskin/video/7083993364185550123?q=ofracosmeticsgiftedme&t=1690307193048 |
| 168 | JACKBOYS & Travis Scott feat. Young Thug | OUT WEST | https://www.tiktok.com/@ofracosmetics/video/6842014231332801797 |
| 169 | JACKBOYS & Travis Scott feat. Young Thug | OUT WEST | https://www.tiktok.com/@ofracosmetics/video/6848676994431864069 |
| 170 | Jain | Makeba | https://www.tiktok.com/@hotmessmommaof4/video/7241687384004332843?lang=en |

| | SME Artist | SME Track | URL |
|---|---|---|---|
| 171 | Jain | Makeba | https://www.instagram.com/p/CtOqgHMANMJ/?hl=en |
| 172 | Jawsh 685 | Laxed - Siren Beat | https://www.tiktok.com/@ofracosmetics/video/6817511091959008517 |
| 173 | Jazmine Sullivan | Masterpiece (Mona Lisa) | http://www.facebook.com/ofracosmetics/videos/5109770075760884/ |
| 174 | Jazmine Sullivan;Salaam Remi | Lions, Tigers & Bears | https://www.tiktok.com/@ofracosmetics/video/7130989551207877934 |
| 175 | Jennifer Lopez | If You Had My Love | https://www.tiktok.com/@ofracosmetics/video/7089505950477847851 |
| 176 | Jennifer Lopez | If You Had My Love | https://www.tiktok.com/@ofracosmetics/video/7092594345756364078 |
| 177 | Jennifer Lopez (feat. Fabolous) | Get Right | https://www.tiktok.com/@beautyinmonolids/video/7244484222923115818?q=ofracosmeticsgiftedme&t=1690307193048 |
| 178 | Jnr Choi & Sam Tompkins | TO THE MOON | https://www.tiktok.com/@ofracosmetics/video/7043522040955129134 |
| 179 | Justin Timberlake | Medley: Summer Love / Set the Mood (Prelude) (Clean) | https://www.tiktok.com/@ofracosmetics/video/6949990940937424134 |
| 180 | Justin Timberlake | Rock Your Body | https://www.tiktok.com/@ofracosmetics/video/7103978116393143598 |
| 181 | Justin Timberlake | Rock Your Body | https://www.tiktok.com/@ofracosmetics/video/7109546326093958446 |
| 182 | Justin Timberlake feat. Timbaland | SexyBack | https://www.tiktok.com/@ofracosmetics/video/6924781329573891334 |
| 183 | KBFR | Hood Baby | https://www.tiktok.com/@ofracosmetics/video/6845377435404356869 |
| 184 | KBFR | Hood Baby | https://www.tiktok.com/@ofracosmetics/video/6865395535050738949 |
| 185 | Ke$ha | Cannibal | https://www.tiktok.com/@ofracosmetics/video/6923274810134957318 |
| 186 | Ke$ha | Cannibal | https://www.tiktok.com/@ofracosmetics/video/7047976636121369903 |
| 187 | Ke$ha | Die Young | https://www.tiktok.com/@ofracosmetics/video/6939207433180974341 |
| 188 | Ke$ha | TiK ToK | https://www.tiktok.com/@raydiatebyraychel/video/6919937663009180934 |
| 189 | Khalid | Location | https://www.instagram.com/p/B-K4lPJFxcL/ |
| 190 | KRYPTO9095 feat. D3Mstreet | Woah | https://www.instagram.com/p/CJXF6NxFdfd/ |
| 191 | KRYPTO9095 feat. D3Mstreet | Woah | https://www.tiktok.com/@ofracosmetics/video/6919592931808529670 |
| 192 | Labrinth | Forever | https://www.tiktok.com/@ofracosmetics/video/7061997653793639727 |
| 193 | Labrinth | Formula | http://www.facebook.com/ofracosmetics/videos/703214654458790/ |
| 194 | Labrinth | Maddy's Story | https://www.tiktok.com/@ofracosmetics/video/7102876876527504682 |
| 195 | Labrinth | Mount Everest | http://www.facebook.com/ofracosmetics/videos/1795969480560542/ |
| 196 | Labrinth | Mount Everest | https://www.tiktok.com/@ofracosmetics/video/7070140078332316974 |
| 197 | Labrinth | Forever | https://www.tiktok.com/@raydiatebyraychel/video/7056839347269635374 |
| 198 | Labrinth | Mount Everest | https://www.instagram.com/p/CanidTbp0u3/ |
| 199 | Labrinth | Never Felt So Alone | https://www.instagram.com/p/CsRkNOYJthh/ |
| 200 | Labrinth & Zendaya | All For Us | https://www.tiktok.com/@ofracosmetics/video/7052783711284219183 |
| 201 | Labrinth ft. Zendaya | Rue's I'm Tired | https://www.instagram.com/p/Cc0fvzyFAgB/ |
| 202 | Latto | Big Energy | https://www.instagram.com/p/CdEXtD-lPSC/ |
| 203 | Leikeli47 | Look | https://www.instagram.com/p/CRhsQ_mD_wz/ |
| 204 | Lennon Stella | La Di Da (Hibell Remix) | https://www.instagram.com/p/By3AXg8FffG/ |
| 205 | Lil Nas X feat. Jack Harlow | INDUSTRY BABY | https://www.tiktok.com/@ofracosmetics/video/7093953140436782379 |
| 206 | Little Mix | Power | https://www.tiktok.com/@ofracosmetics/video/7129208253405236522 |
| 207 | Little Mix | Power | https://www.instagram.com/p/Cg9-YBdlMUI/ |
| 208 | Little Mix | Power | https://www.facebook.com/watch/?v=1228164447956398 |
| 209 | Lou Bega | Mambo No. 5 | https://www.tiktok.com/@ofracosmetics/video/6800011844510698757 |
| 210 | Lou Bega | Mambo No. 5 | https://www.tiktok.com/@ofracosmetics/video/7022732966044454150 |
| 211 | Lucky Daye | Over | https://www.tiktok.com/@ofracosmetics/video/7111400485952834862 |
| 212 | Lucky Luke | Cooler Than Me | http://www.facebook.com/ofracosmetics/videos/516973575747027/ |
| 213 | Madison Beer | Good In Goodbye | https://www.instagram.com/reel/CrIxUYgJL1J/ |
| 214 | Måneskin | Beggin | http://www.facebook.com/ofracosmetics/videos/151261806994543/ |
| 215 | Måneskin | Beggin | https://www.tiktok.com/@ofracosmetics/video/6981897670616960261 |
| 216 | Mariah Carey | All I Want For Christmas Is You | http://www.facebook.com/ofracosmetics/videos/1711969299134454/ |
| 217 | Mariah Carey | All I Want For Christmas Is You | https://www.tiktok.com/@ofracosmetics/video/7045368536197303558 |
| 218 | Mariah Carey | All I Want For Christmas Is You | https://www.tiktok.com/@ofracosmetics/video/6900638353599778054 |
| 219 | Mariah Carey feat. O.D.B. | Fantasy (Bad Boy Mix) | https://www.tiktok.com/@ofracosmetics/video/7076161534740745518 |
| 220 | Mark Ronson ft. Bruno Mars | Uptown Funk | https://www.tiktok.com/@raydiatebyraychel/video/6919937663009180934 |
| 221 | Martin Garrix feat. Macklemore & Fall Out Boy | Summer Days | https://www.instagram.com/p/CRudOvNjQQJ/ |
| 222 | Martin Garrrix & Jay Hardaway | Spotless | http://www.facebook.com/ofracosmetics/videos/10156222499684772/ |
| 223 | Mary Mary | Slow Walk | https://www.instagram.com/reel/CVWKjEwFTfV/ |
| 224 | Meghan Trainor | Don't I Make It Look Easy | https://www.instagram.com/reel/CjbhwE8jBKR/ |
| 225 | Meghan Trainor | Title | https://www.instagram.com/reel/CYIMFS7hj49/?hl=en |
| 226 | Meghan Trainor | I Believe In Santa | https://www.instagram.com/p/CLXFPaHFfn1/ |
| 227 | Meghan Trainor | Me Too | http://www.facebook.com/ofracosmetics/videos/10154416692284772/ |

| # | SME Artist | SME Track | URL |
|---|---|---|---|
| 228 | Michael Jackson | Rock With You | https://www.tiktok.com/@ofracosmetics/video/7081351010505215278 |
| 229 | Michael Jackson | Smooth Criminal | https://www.tiktok.com/@ofracosmetics/video/6933316337947184389 |
| 230 | Michael Jackson | Thriller | https://www.tiktok.com/@ofracosmetics/video/7053170988724358446 |
| 231 | Michael Jackson | Wanna Be Startin' Somethin' | https://www.tiktok.com/@ofracosmetics/video/7067642030683327790 |
| 232 | Miguel | Sure Thing (Sped Up Version) | https://www.instagram.com/reel/CnzOTCxjg_M/ |
| 233 | Miguel | Sure Thing | https://www.instagram.com/reel/CngDgSLByqN/?hl=en |
| 234 | Mike Posner | Please Don't Go | https://www.tiktok.com/@ofracosmetics/video/6951861804855266565 |
| 235 | Miley Cyrus | Flowers | https://www.tiktok.com/@jessicadadlani/video/7190551404535205163 |
| 236 | Miley Cyrus | Flowers | https://www.tiktok.com/@jessicadadlani/video/7191975394852015406 |
| 237 | Miley Cyrus | Flowers | https://www.instagram.com/reel/CoXRAOzDWw0/ |
| 238 | Miley Cyrus | Flowers | https://www.instagram.com/reel/Cnhy2XfjXTZ/ |
| 239 | Miley Cyrus | Flowers | https://www.instagram.com/reel/CnnpE_EhUjH/?hl=en |
| 240 | Millie B | M to the B | https://www.tiktok.com/@ofracosmetics/video/6875019265112591621 |
| 241 | MKTO | Classic | https://www.tiktok.com/@ofracosmetics/video/7015311137520618758 |
| 242 | MKTO | Classic | https://www.pinterest.com/pin/573083121343720815/ |
| 243 | Monica | Everytime Tha Beat Drop | https://www.instagram.com/reel/CZBIetYFT9f/ |
| 244 | Monica feat. Dem Franchise Boys | Everytime Tha Beat Drop | https://www.instagram.com/p/CIlrRMaFeNA/ |
| 245 | Monica feat. Dem Franchise Boys | Everytime Tha Beat Drop | https://www.tiktok.com/@ofracosmetics/video/7060594254770441519 |
| 246 | Monsieur Periné feat. Vicente Gar | Nuestra Canción | https://www.tiktok.com/@ofracosmetics/video/7027581685294173445 |
| 247 | Murray Perahia | Chaconne in G Major | https://twitter.com/i/status/1706013328974238084 |
| 248 | Next | Wifey | https://www.tiktok.com/@ofracosmetics/video/7066608858864651567 |
| 249 | Nicky Youre & Dazy | Sunroof | https://www.tiktok.com/@misspaigekoren/video/7125204657089056042?q=ofra%20and%20ad&t=1690304231087 |
| 250 | Normani | Motivation | https://www.instagram.com/p/B3KI-R3FcTz/ |
| 251 | Normani | Motivation | https://www.instagram.com/p/B-NZ5szFvdw/ |
| 252 | Normani | Motivation | https://www.instagram.com/p/B3KI-R3FcTz/ |
| 253 | Normani & 21 Savage | Motivation (Savage Remix) | http://www.facebook.com/ofracosmetics/videos/354882568753335/ |
| 254 | Outkast | So Fresh, So Clean | https://www.instagram.com/reel/Chs7YFSJI0o/ |
| 255 | Oxlade | Ku Lo Sa | https://twitter.com/OFRACosmetics/status/1557457094747504640?cxt=HHwWgICy1bq-mZ0rAAAA |
| 256 | Oxlade | Ku Lo Sa | https://twitter.com/OFRACosmetics/status/1574565897544425472?cxt=HHwWgICj6ezV_dkrAAAA |
| 257 | P!NK | Funhouse | https://www.tiktok.com/@ofracosmetics/video/6934468218622971142 |
| 258 | Paloma Faith | Only Love Can Hurt Like This | https://www.instagram.com/p/CZu0RU8FuDY/ |
| 259 | Perry Como | It's Beginning to Look A Lot Like Christmas | https://www.tiktok.com/@bysamanthamarch/video/7170744446483467562?q=ofra%20and%20sponsored&t=1690306327709 |
| 260 | Pharrell Williams | Happy | https://www.tiktok.com/@ofracosmetics/video/6988593417357987077 |
| 261 | Pitbull feat. Ne-Yo, Afrojack & Nayer | Give Me Everything | https://www.tiktok.com/@ofracosmetics/video/6925879061847821573 |
| 262 | Pitbull ft. Ne-Yo, AFROJACK, & Nayer | Give Me Everything | https://www.tiktok.com/@raydiatebyraychel/video/6919937663009180934 |
| 263 | Rauw Alejandro | Todo De Ti | https://www.tiktok.com/@ofracosmetics/video/6972262800831827206 |
| 264 | Rauw Alejandro | Todo De Ti | https://www.tiktok.com/@ofracosmetics/video/6994536282613484805 |
| 265 | Regard | Ride It | https://www.tiktok.com/@ofracosmetics/video/7085415785014906155 |
| 266 | Regard | Ride It | https://www.instagram.com/p/B5DYwxdF25E/ |
| 267 | Riton & Oliver Heldens feat. Vula | Turn Me On | https://www.tiktok.com/@ofracosmetics/video/7083198291126799662 |
| 268 | Ritt Momney | Put Your Records On | https://www.tiktok.com/@ofracosmetics/video/6872425294423149830 |
| 269 | Ritt Momney | Put Your Records On | https://www.instagram.com/p/CFQVMSnni2i/ |
| 270 | Romeo Santos | La Diabla | https://www.instagram.com/p/CYSYd-KD10S/ |
| 271 | Rosa Linn | SNAP | https://twitter.com/i/status/1564614583163256838 |
| 272 | ROSALIA | DESPECHA | https://twitter.com/i/status/1554557997476728835 |
| 273 | Rosalia | SAOKO | https://www.tiktok.com/@nancy10lopez/video/7070247560601980203?q=ofra%20and%20sponsored&t=1690306327709 |
| 274 | ROSALÍA | DESPECHÁ | https://www.tiktok.com/@ofracosmetics/video/7127370687978786091 |
| 275 | ROSALÍA & Ozuna | Yo x Ti, Tu x Mi | https://www.instagram.com/p/CfZtsfsl_WO/ |
| 276 | ROSALÍA feat. Travis Scott | TKN | https://www.tiktok.com/@ofracosmetics/video/6846843563582557446 |
| 277 | Run DMC | It's Tricky | https://www.tiktok.com/@ofracosmetics/video/6896556122984008965 |
| 278 | Sade | Cherish the Day | http://www.facebook.com/ofracosmetics/videos/10153770886114772/ |
| 279 | Sam Fischer | This City | http://www.instagram.com/p/CZMzzgAJrF- |
| 280 | Shakira | She Wolf | https://www.instagram.com/reel/Cst4Bxxp8jS/ |
| 281 | Sia feat. Sean Paul | Cheap Thrills | http://www.facebook.com/ofracosmetics/videos/10155298639899772/ |
| 282 | Superfruit | Guy.exe | https://www.tiktok.com/@ofracosmetics/video/7115127526225366318 |
| 283 | Superfruit | Guy.exe | https://www.tiktok.com/@ofracosmetics/video/7119493583513734443 |

| | SME Artist | SME Track | URL |
|---|---|---|---|
| 284 | Superfruit | Guy.exe | https://www.instagram.com/p/Cf6mRwNl8OR/ |
| 285 | Superfruit | Guy.exe | https://www.facebook.com/watch/?v=408197608038893 |
| 286 | Superfruit | Guy.exe | https://twitter.com/i/status/1566494105525489665 |
| 287 | Superfruit | GUY.exe | https://www.tiktok.com/@ofracosmetics/video/7115127526225366318 |
| 288 | Switch Disco | Everything | https://www.instagram.com/reel/CcviigPAQLR/ |
| 289 | SZA | Good Days | https://www.instagram.com/p/CcdleO4FEm4/ |
| 290 | SZA | Good Days | https://www.tiktok.com/@ofracosmetics/video/6979319546511396101 |
| 291 | SZA | Good Days | https://www.tiktok.com/@ofracosmetics/video/6983847460544204037 |
| 292 | SZA | Hit Different x Good Days (Official Acoustic Video) | https://www.instagram.com/p/CJ7ItYUlgsd/ |
| 293 | SZA | Hit Different x Good Days (Official Acoustic Video) | https://www.tiktok.com/@ofracosmetics/video/6927046611554143493 |
| 294 | SZA | Kill Bill | https://www.instagram.com/reel/ConV-YJpu-i/ |
| 295 | SZA | Kill Bill | https://www.instagram.com/reel/CnqG4okjP_L/ |
| 296 | SZA | Kill Bill (Sped Up Version) | https://www.instagram.com/reel/Coipc3eDFRf/ |
| 297 | SZA feat. Isaiah Rashad | Pretty Little Birds | http://www.facebook.com/ofracosmetics/videos/1154415538391814/ |
| 298 | SZA feat. Travis Scott | Love Galore | https://www.tiktok.com/@ofracosmetics/video/7020506410995830022 |
| 299 | Tai Verdes | Stuck In The Middle | https://www.tiktok.com/@ofracosmetics/video/6987842944522816773 |
| 300 | The Chainsmokers feat. Daya | Don't Let Me Down | https://www.instagram.com/p/B4533C5FVfr/ |
| 301 | The Chainsmokers, Coldplay | Something Just Like This | https://www.tiktok.com/@raydiatebyraychel/video/6919937663009180934 |
| 302 | The Jimi Hendrix Experience | Voodoo Child (Slight Return) | http://www.facebook.com/ofracosmetics/videos/10153361427939772/ |
| 303 | The Kid LAROI & Justin Bieber | STAY | http://www.facebook.com/ofracosmetics/videos/384601756354119/ |
| 304 | The Kid LAROI & Justin Bieber | STAY | https://www.tiktok.com/@ofracosmetics/video/6996734405066738950 |
| 305 | The Kid LAROI & Justin Bieber | STAY | https://www.tiktok.com/@ofracosmetics/video/7069875414981692715 |
| 306 | The Kid LAROI & Justin Bieber | Stay | https://www.tiktok.com/@makeup_mabell/video/6999449369648844037?q=ofra%20and%20ad&t=1690304231087 |
| 307 | The King Khan & BBQ Show | Love You So | https://www.tiktok.com/@glowingupwithdani/video/7129300197389225262 |
| 308 | The Ronettes | Sleigh Ride | https://www.instagram.com/p/CJMu9deF9Zv/ |
| 309 | The Ronettes | Sleigh Ride | https://www.tiktok.com/@ofracosmetics/video/6885786837193985285 |
| 310 | Tinashe | Superlove | https://www.tiktok.com/@ofracosmetics/video/6940406269316484358 |
| 311 | Tinashe | Throw A Fit | https://www.instagram.com/p/Byn7vcOFfN_/ |
| 312 | Tinashe ft. Schoolboy Q | 2 On | https://twitter.com/OFRACosmetics/status/1568328801205063682 |
| 313 | T-Pain feat. Young Joc | Buy U A Drank | https://www.tiktok.com/@ofracosmetics/video/6936278277183081733 |
| 314 | T-Pain ft. B.o.B | Up Down (Do This All Day) | https://www.tiktok.com/@angdepalma/video/6946204588974378245 |
| 315 | UMI | Love Affair | http://www.facebook.com/ofracosmetics/videos/592986101251710/ |
| 316 | Usher | Confessions Part II | https://www.tiktok.com/@ofracosmetics/video/7117264661107445034 |
| 317 | Usher | Confessions Part II | https://www.facebook.com/watch/?v=1495541574210847 |
| 318 | Usher feat. Lil Jon & Ludacris | Yeah! | https://www.tiktok.com/@ofracosmetics/video/6858323372946853126 |
| 319 | Usher feat. Lil Jon & Ludacris | Yeah! | https://www.tiktok.com/@ofracosmetics/video/6938140826044255494 |
| 320 | Vanic feat. Maty Noyes | Too Soon (heroless Remix) | http://www.facebook.com/ofracosmetics/videos/453788058711615/ |
| 321 | Walker Hayes | Fancy Like | https://www.tiktok.com/@ofracosmetics/video/7010493550546685189 |
| 322 | Wavy (VIP Mix) feat. Wiley, Alika & Double S | CLiQ | https://www.instagram.com/p/BhaMVtbhdUn/ |
| 323 | Will Smith | Miami | https://www.tiktok.com/@ofracosmetics/video/7009002524019657989 |
| 324 | Wizkid | Essence | https://www.instagram.com/reel/CpgRyBptsEA/ |
| 325 | WizKid feat. Tems | Essence | https://www.tiktok.com/@ofracosmetics/video/6986737191712050438 |
| 326 | Young T & Bugsey feat. Headie One | Don't Rush | https://www.tiktok.com/@ofracosmetics/video/6814185644093426950 |
| 327 | Yung Berg feat. Junior | Sexy Lady | https://www.tiktok.com/@ofracosmetics/video/7088015283780324654 |
| 328 | Yung Bleu | Ice On My Baby | https://www.tiktok.com/@ofracosmetics/video/7128382838759558446 |
| 329 | ZHU | In The Morning | http://www.facebook.com/ofracosmetics/videos/10155978757449772/ |