UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT; SONY MUSIC ENTERTAINMENT US LATIN LLC; ULTRA RECORDS, LLC; LAFACE RECORDS LLC; ARISTA MUSIC; ARISTA RECORDS, LLC; RECORDS LABEL, LLC; and ZOMBA RECORDING LLC,<br><br>Plaintiffs,<br><br>v.<br><br>OFRA COSMETICS, LLC; OFRA COSMETICS HOLDINGS, LLC; and DOES 1–10,<br><br>Defendants. | No.0:23-cv-62073-WPD |

**SUMMONS IN A CIVIL ACTION**

To:

    OFRA Cosmetics, LLC
    2141 Blount Road
    Pompano Beach, Florida, 33069 USA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiffs an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on plaintiffs' attorneys, whose names and addresses are:

    Matthew Triggs
    Florida Bar No. 0865745
    Proskauer Rose LLP
    2255 Glades Road
    Suite 421 Atrium
    Boca Raton, FL 33431-7360

Sandra Crawshaw-Sparks (*pro hac vice* forthcoming)
David Munkittrick (*pro hac vice* forthcoming)
Anisha Shenai-Khatkhate (*pro hac vice* forthcoming)
Proskauer Rose LLP
11 Times Square
New York, NY 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

Dated: Nov 1, 2023

Angela E. Noble
Clerk of Court

SUMMONS

s/ W. Cendejas
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT; SONY MUSIC ENTERTAINMENT US LATIN LLC; ULTRA RECORDS, LLC; LAFACE RECORDS LLC; ARISTA MUSIC; ARISTA RECORDS, LLC; RECORDS LABEL, LLC; and ZOMBA RECORDING LLC,<br><br>      Plaintiffs,<br><br>    v.<br><br>OFRA COSMETICS, LLC; OFRA COSMETICS HOLDINGS, LLC; and DOES 1–10,<br><br>      Defendants. | No. 0:23-cv-62073-WPD |

**SUMMONS IN A CIVIL ACTION**

To:

 OFRA Cosmetics Holdings, LLC
 2141 Blount Road
 Pompano Beach, Florida, 33069 USA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiffs an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on plaintiffs' attorneys, whose names and addresses are:

 Matthew Triggs
 Florida Bar No. 0865745
 Proskauer Rose LLP
 2255 Glades Road
 Suite 421 Atrium
 Boca Raton, FL 33431-7360

Sandra Crawshaw-Sparks (*pro hac vice* forthcoming)
David Munkittrick (*pro hac vice* forthcoming)
Anisha Shenai-Khatkhate (*pro hac vice* forthcoming)
Proskauer Rose LLP
11 Times Square
New York, NY 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

Dated: Nov 1, 2023

Angela E. Noble
Clerk of Court

SUMMONS

s/ W. Cendejas
Deputy Clerk
U.S. District Courts