UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:23-cv-62073-WPD

SONY MUSIC ENTERTAINMENT; SONY
MUSIC ENTERTAINMENT US LATIN LLC;
ULTRA RECORDS, LLC; LAFACE RECORDS
LLC; ARISTA MUSIC; ARISTA RECORDS, LLC;
RECORDS LABEL, LLC; and ZOMBA
RECORDING LLC,

      Plaintiffs,

v.

OFRA COSMETICS, LLC; OFRA COSMETICS
HOLDINGS, LLC; CARINE TREZZA; DAVID
GAITO; and DOES 1–10,

      Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE OF DOE DEFENDANTS

THIS CAUSE is before the Court *sua sponte*.

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, a plaintiff must serve the summons and complaint on the defendant within 90 days after filing the complaint. Plaintiffs filed a Complaint on October 31, 2023. *See* [DE 1]. However, there is no indication that Plaintiffs have ascertained the identities of Does 1-10 and no indication that Does 1-10 have been served.

On January 31, 2024, this Court issued an Order to Show Cause, ordering Plaintiffs to show cause on or before February 7, 2024 why the Does 1-10 had not yet been served. *See* [DE 18]. On February 7, 2024, Plaintiffs filed a Response to Court's Order to Show Cause, stating that while Plaintiffs have been able to identify two of the Doe Defendants and amended their

Complaint to identify them, they do not yet know the identifies of the remaining Doe Defendants. *See* [DE 19]. As such, Plaintiffs request the opportunity to obtain this information through discovery. *See id.*

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Pursuant to Federal Rule of Civil Procedure 4(m), the claims against the Doe Defendants in the above-styled action are hereby **DISMISSED without prejudice** to Plaintiffs later seeking to amend the Complaint, should discovery reveal additional infringers.

2. This case shall proceed against the remaining Defendants.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of February 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record