# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 0:23-cv-62073-WPD

SONY MUSIC ENTERTAINMENT; SONY
MUSIC ENTERTAINMENT US LATIN LLC;
ULTRA RECORDS, LLC; LAFACE RECORDS
LLC; ARISTA MUSIC; ARISTA RECORDS, LLC;
RECORDS LABEL, LLC; and ZOMBA
RECORDING LLC,

                    Plaintiffs,

       v.

OFRA COSMETICS, LLC; OFRA COSMETICS
HOLDINGS, LLC; CARINE TREZZA; DAVID
GAITO; and DOES 1–10,

                  Defendants.

## <u>ORDER DENYING MOTION WITHOUT PREJUDICE</u>

THIS CAUSE is before the Court upon Plaintiffs' Motion to Strike Affirmative Defenses in Defendants' Answer to the Amended Complaint, filed March 5, 2024. [DE 22] ("Motion"). The Court has considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion [DE 22] is hereby **DENIED WITHOUT PREJUDICE** to file a motion that complies with the requirements of S.D. Fla. L.R. 7.1(a)(3), which requires the moving party to certify that it has conferred, or describes a reasonable effort to confer, with the parties affected in a good faith effort to resolve the dispute.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this

5th day of March 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record