UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SONY MUSIC ENTERTAINMENT, SONY
MUSIC ENTERTAINMENT US LATIN LLC,
ULTRA RECORDS, LLC, LAFACE RECORDS
LLC, ARTISTA MUSIC, ARTISTA RECORDS,
LLC, RECORDS LABEL, LLC, and ZOMBA
RECORDING LLC,

    Plaintiffs,

v.                                                                      CASE NO. 23-cv-62073-WPD

OFRA COSMETICS, LLC; OFRA COSMETICS
HOLDINGS, LLC; CARINE TREZZA; DAVID
GAITO; and DOES 1-10,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 16.4, Plaintiffs and Defendants provide notice that they have reached an agreement to settle this matter. A joint stipulation for dismissal will be forthcoming.

Dated: December 5, 2024                        Respectfully Submitted,

/s/ Matthew Triggs
Matthew Triggs, Esq.
Fla. Bar No. 0865745
Proskauer Rose LLP
2255 Glades Road
Suite 421 Atrium
Boca Raton, Florida 33431
Tel:   561-995-4736
Fax:  561-241-7145
mtriggs@proskauer.com
florida.litigation@proskauer.com

Sandra Crawshaw-Sparks (admitted *pro hac vice*)
David Munkittrick (admitted *pro hac vice*)
Nicole Sockett (admitted *pro hac vice*)

Proskauer Rose LLP
11 Times Square
New York, NY 10036
Tel: 212-969-3000
scrawshaw@proskauer.com
dmunkittrick@proskauer.com
nsockett@proskauer.com

*Attorneys for Plaintiffs*


/s/ Richard G. Cole III
Keith D. Silverstein, Esq.
Fla. Bar No. 086820
Richard G. Cole III, Esq.
Fla. Bar. No. 1059484
Armstrong Teasdale LLP
355 Alhambra Circle, Suite 1200
Coral Gables, Florida 33134
Telephone: (305) 371-8809
Telecopier: (305) 675-3605
Email: ksilverstein@atllp.com
Email: rcole@atllp.com
Pleadings: miamiefiling@atllp.com

*Attorney for Defendants OFRA Cosmetics, LLC, OFRA Cosmetics Holdings, LLC, David Gaito, and Carine Trezza*