UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-62073-CIV-DIMITROULEAS

SONY MUSIC ENTERTAINMENT,
SONY MUSIC ENTERTAINMENT
 US LATIN LLC, ULTRA RECORDS, LLC,
 LAFACE RECORDS LLC, ARTISTA MUSIC,
ARTISTA RECORDS, LLC, RECORDS LABEL, LLC,
and ZOMBA RECORDING LLC,

    Plaintiff,

V.

OFRA COSMETICS, LLC; OFRA
COSMETICS HOLDINGS, LLC;
CARINE TREZZA; DAVID GAITO;
and DOES 1-10,

    Defendants
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

On November 8, 2023, this Court entered its Scheduling Order, which required the parties to submit appropriate dismissal papers within ten (10) calendar days of notifying the Court that the case has settled. *See* [DE 12]. On December 5, 2024, a Notice of Settlement was filed, stating that the case settled in full. *See* [DE 77]. However, as of the date of this Order, a stipulation, notice, or motion for dismissal has not been filed with the Court.

Accordingly, it is **ORDERED AND ADJUDGED** that no later than **December 30, 2024**, the parties shall either file the appropriate dismissal papers or show cause why those papers have not been filed.

1

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of December, 2024.

*[Signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record