**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

SONY MUSIC ENTERTAINMENT; SONY MUSIC ENTERTAINMENT US LATIN LLC; ULTRA RECORDS, LLC; LAFACE RECORDS LLC; ARISTA MUSIC; ARISTA RECORDS, LLC; RECORDS LABEL, LLC; and ZOMBA RECORDING LLC,

Plaintiffs,

v.

OFRA COSMETICS, LLC; OFRA COSMETICS HOLDINGS, LLC; CARINE TREZZA; and DAVID GAITO,

Defendants.

No. 0:23-cv-62073-WPD

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Sony Music Entertainment; Sony Music Entertainment US Latin LLC; Ultra Records, LLC; LaFace Records LLC; Arista Music; Arista Records, LLC; Records Label, LLC; and Zomba Recording LLC and Defendants Ofra Cosmetics, LLC; Ofra Cosmetics Holdings, LLC; Carine Trezza; and David Gaito that the above-caption action is dismissed, *with prejudice*, and with each party bearing their own fees and costs, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The dismissal of this action is conditioned on the Court retaining jurisdiction to enforce the parties' settlement agreement.

Dated: December 30, 2024

PROSKAUER ROSE LLP
By: /s/ Matthew Triggs
Matthew Triggs
Florida Bar No. 0865745
Proskauer Rose LLP
2255 Glades Road
Suite 421 Atrium
Boca Raton, FL 33431-7360
Tel: 561-995-4736
Fax: 561-241-7145
mtriggs@proskauer.com
florida.litigation@proskauer.com

Sandra Crawshaw-Sparks*
David Munkittrick*
Nicole Sockett*
Eleven Times Square
New York, NY 10036-8299
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
scrawshaw@proskauer.com
dmunkittrick@proskauer.com
nsockett@proskauer.com

**Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

ARMSTRONG TEASDALE LLP
By: /s/ Keith D. Silverstein
Keith D. Silverstein, Esq.
Florida Bar No. 086820
Armstrong Teasdale LLP
355 Alhambra Circle, Suite 1200
Coral Gables, Florida 33134
Telephone: (305) 371-8809
ksilverstein@atllp.com
miamiefiling@atllp.com

Richard G. Cole III, Esq.
Florida Bar No. 1059484
rcole@atllp.com

*Attorneys for Defendants*